```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15307
   TIMOTHY A JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6114

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/23/2007 and was confirmed 11/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/22/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
HSBC AUTO FINANCE        SECURED VEHIC           .00             .00           .00
HSBC AUTO FINANCE        SECURED VEHIC       4139.48             .00       2984.67
BENEFICIAL               SPECIAL CLASS     NOT FILED             .00           .00
LITTON LOAN SERVICING    CURRENT MORTG           .00             .00           .00
CAPITAL ONE              UNSECURED          2220.61             .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED          3274.99             .00           .00
UNIVERSITY OF CHICAGO    UNSECURED         NOT FILED             .00           .00
QV INC                   UNSECURED         NOT FILED             .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE      2694.44             .00       2694.44
IL STATE DISBURSEMENT UN NOTICE ONLY       NOT FILED             .00           .00
LATOYRA L JONES          NOTICE ONLY       NOT FILED             .00           .00
BENEFICIAL               SPECIAL CLASS     NOT FILED             .00           .00
JAMES T GATELY           UNSECURED           250.00             .00           .00
LITTON LOAN SERVICING    MORTGAGE NOTI     NOT FILED             .00           .00
EVERGREEN LEGAL SERVICES DEBTOR ATTY            .00                            .00
TOM VAUGHN               TRUSTEE                                           456.89
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                6,136.00

PRIORITY                                             .00
SECURED                                         5,679.11
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              456.89
DEBTOR REFUND                                        .00
                       ---------------      ---------------
TOTALS                 6,136.00                 6,136.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 15307 TIMOTHY A JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE